

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-19-2006

# USA v. Stewart

Precedential or Non-Precedential: Precedential

Docket No. 05-2732

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation
"USA v. Stewart" (2006). *2006 Decisions*. Paper 655.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/655

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-2732

UNITED STATES OF AMERICA
v.
ANTHONY STEWART,
                                    Appellant

On Appeal from the United States District Court
for the District of New Jersey
D.C. Criminal No. 04-cr-772
(Honorable William H. Walls)

Argued April 26, 2006

Before:  SCIRICA, *Chief Judge*, NYGAARD, *Circuit Judge*, and YOHN[*], *District Judge*

ORDER AMENDING OPINION

    The opinion filed July 3, 2006 incorrectly identified counsel for appellant Andrea D. Bergman's office as the Office of the Federal Public Defendant rather than the Office of the Federal Public Defender.  At the direction of the Court, the opinion is amended to correct the error.

                              For the Court,
                               /s/ Marcia M. Waldron
                              Clerk

Date: July 19, 2006
CLW/cc: Andrea D. Bergman, Esq.
        George S. Leone, Esq.
        Caroline A. Sadlowski, Esq.

_____

    [*]Hon. William H. Yohn Jr., United States District Judge for the Eastern District of Pennsylvania, sitting by designation.